IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>ARSTRAT, LLC<br><br>    Defendant | No.: C16-971 RSM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

BEFORE THE COURT is the parties' Stipulation for Dismissal With Prejudice and Without Costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, all claims and causes of action against Defendants are DISMISSED with prejudice. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED this 19th day May 2017.

*(signature)*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS**

Case No. 2:16-cv-00971 RSM

Marina Dzhamilova, Esq.
6628 212th St., Ste 206
Lynnwood, WA 98036

Dated this 16th day of May, 2017 at Lynnwood, Washington.

*/s/ Marina Dzhamilova*
Marina Dzhamilova
Attorney for Plaintiff


Dated this 16th day of May, 2017 at Portland, Oregon.

*/s/ Andrew D. Shafer*
Andrew D. Shafer (WSBA #9405)
Attorney for Defendant

**ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS**

Case No. 2:16-cv-00971 RSM

Marina Dzhamilova, Esq.
6628 212th St., Ste 206
Lynnwood, WA 98036